1  **RICK PEASLEY, ESQ.**
   St. Bar No. 48453
2  Attorney at Law
   164 Maple Street, Suite 4
3  Auburn, California 95603
   (530) 885-3300
4  FAX: (530) 885-2588

5  Attorney for Plaintiff

**LODGED**

SEP 2 0 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | Shirley Ann Hall,            | Civil Action No:
11 |        Plaintiff,            | CIV.S-05-1050 GGH PS
12 |    vs.                       | SUBSTITUTION OF ATTORNEY
13 | JO ANNE B. BARNHART, Commissioner
   | of Social Security,
14 |        Defendant.

15

16             **CONSENT TO SUBSTITUTION OF ATTORNEY - CIVIL**

17      Plaintiff is currently representing himself in pro per in

18 this matter. Plaintiff hereby substitutes attorney Rick Peasley

19 as his attorney in this litigation. The address and phone number

20 of this new attorney are as follows:

21                       Rick Peasley

22                  164 Maple Street, Ste. 4

23                      Auburn, CA 95603

24           (530) 885-3300 / (530) 885-2588 - Fax

25 \

26 \\

27 \\\

```
1  I consent to this substitution:
2
3
4  9-19-05                              Shirley A. Hall
5  Date                                 Shirley Ann Hall, Plaintiff
6
7  9/19/05
8  Date                                 Rick Peasley, Attorney
9
10
11 IT IS SO ORDERED:
12
   Sep. 26, 2005                        GREGORY G. HOLLOWS
13
14 Date                                 Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
```