McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY ANN HALL,<br><br>    Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | Case No. 2:05-CV-01050-GGH<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT TO JANUARY 4, 2006 |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the permission of the Court as indicated below, that Defendant's time to respond to Plaintiff's complaint is hereby extended from the present due date of December 28, 2005, by five days, to the new filing date of January 4, 2006. Defendant's counsel is temporarily out of the office. Defendant will file her answer to Plaintiff's complaint as soon as a preliminary review of the administrative record has been completed, not later than January 4, 2006.

    For the above stated reasons, the parties request that the Court grant the requested extension. This is the first request to extend Defendant's deadline to respond to Plaintiff's complaint.

1

1  The parties further stipulate that counsel for Plaintiff will provide a facsimile of this
2  stipulation bearing counsel's signature for retention in Defendant's case file, and hereby
3  authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic
4  Case Filing password, pursuant to Local Rule 7-131.

5
6  DATED: December 28, 2005          /s/ Rick Peasley
                                     RICK PEASLEY
7                                    Attorney for Plaintiff

8
9  DATED: December 28, 2005          McGREGOR W. SCOTT
                                     United States Attorney
10
11                             By:   /s/ Bobbie J. Montoya
                                     BOBBIE J. MONTOYA
12                                   Assistant U. S. Attorney

13                                   Attorneys for Defendant

14  OF COUNSEL:

15  LUCILLE GONZALES MEIS
    Chief Counsel, Region IX
16
    ERIC K. H. CHINN
17  Assistant Regional Counsel

18  U. S. Social Security Administration

19

20

21

22

23

24

25

26

27

28

## ORDER

**For good cause shown, the requested extension of Defendant's time to respond to Plaintiff's complaint in <u>HALL v. BARNHART</u>, Case No. 2:05-CV-01050-GGH, is hereby APPROVED.  Defendant shall file her response on or before January 4, 2006.**

**SO ORDERED.**

**DATED: 1/4/06**

/s/ Gregory G. Hollows

**GREGORY G. HOLLOWS**
**UNITED STATES MAGISTRATE JUDGE**

hall1050.eot