**RICK PEASLEY, ESQ.**
St. Bar No. 48453
Attorney at Law
164 Maple Street, Suite 4
Auburn, California 95603
(530) 885-3300
FAX: (530) 885-2588

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY ANN HALL<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>Defendant. | Civil Action No:<br>CIV-S-05-1050 GGH<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the permission of the Court as indicated below, that the plaintiff's time to file a Motion for Summary Judgment is hereby extended from the present due date of on or about January 31, 2006 to February 15, 2006.

This is the first extension requested.

DATED: January 23, 2006

_____
RICK PEASLEY, Attorney for Plaintiff

DATED: January _____, 2006

McGREGOR W. SCOTT
United States Attorney

By: _____
BOBBIE J. MONTOYA
Assistant U.S. Attorney
Attorneys for Defendant

OF COUNSEL:

JANICE L. WALLI
 Chief Counsel, Region IX
ELIZABETH NOTEWARE
 Assistant Regional Counsel
 Office of the General Counsel
 U.S. Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: 1/26/06

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

Hall.ord