McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY ANN HALL, | CASE NO. 2:05-CV-01050-GGH |
| Plaintiff, | ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

    Pursuant to the stipulation of the parties, electronically filed *March 17, 2006*, showing good cause for a requested first extension of Defendant's time to respond to Plaintiff's motion for summary judgment, the request is hereby APPROVED.

    Defendant shall file her response on or before April 19, 2006.

    SO ORDERED

Dated: 3/22/06        /s/ Gregory G. Hollows
                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

```
hall.ord
```